**\*E-Filed 5/2/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST CO., <br><br>          Plaintiff, <br>   v. <br><br> BERNARD MITCHELL, <br><br>          Defendant. | Case No. 11-2005 RS <br><br> **ORDER RE: PLAINTIFF'S MOTION TO REMAND** |

On April 25, 2011, this case was removed from Alameda County Superior Court where it was pending as an unlawful detainer action against defendant Bernard Mitchell. Plaintiff Deutsche Bank filed an "ex parte application for remand" on April 28, 2011. Defendant may file an opposition, of no more than fifteen pages of text, on or before close of business on May 4, 2011. Plaintiff's remand motion will then be deemed submitted without a hearing, pursuant to Civil Local Rule 7-1(b).

Dated: 4/29/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE